**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TANAIR D. O., o/b/o K.D.R., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | NO.  25-3146 |

## JUDGMENT ORDER

**AND NOW**, this 29th day of April 2026, upon consideration of Plaintiff's Brief and Statement of Issues (Doc. No. 10), the Commissioner's Response (Doc. No. 11), and Plaintiff's Reply (Doc. No. 12), it is hereby **ORDERED** that Judgment is entered in favor of Plaintiff, Tanairi D.O.

**BY THE COURT**:


    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge